DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Stoneman<br><br>Case below:<br>181 N.C. App. 150 | No. 059P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-74) | Denied 03/08/07 |
| State v. Sutton<br><br>Case below:<br>180 N.C. App. 693 | No. 022P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-337)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. 7A-31 | 1. ——<br><br>2. Allowed 05/03/07<br><br>3. Denied 05/03/07 |
| State v. Trujillo<br><br>Case below:<br>181 N.C. App. 609 | No. 125P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-2) | Denied 05/03/07 |
| State v. Watts<br><br>Case below:<br>180 N.C. App. 474 | No. 639P06 | Def-Appellant's PDR Under N.C.G.S. § 7A-31 (COA06-480) | Denied 03/08/07 |
| State v. West<br><br>Case below:<br>180 N.C. App. 664 | No. 031P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-205)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/08/07<br><br>3. Denied 03/08/07 |